UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

H. M., a minor, by and through Her Mother
and Next Friend, Jessica Morgan                      PLAINTIFF

VS.                      CIVIL ACTION NO. 3:23-cv-542-KHJ-MTP

SMITH COUNTY, MISSISSIPPI, et al                      DEFENDANTS

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, H. M., a minor, by and through Her Mother and Next Friend, Jessica Morgan, requests that entry of judgment by default be entered against Defendant, Lybriant Clark, pursuant to Federal Rule of Civil Procedure 55(b). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 9th day of November, 2023.

/s/ E. Nicholas Cerra
Attorney for Plaintiff

**E. NICHOLAS CERRA, MSB # 105671**
CERRA LAW FIRM, PLLC
509 ½ Central Avenue
Post Office Box 722
Laurel, Mississippi 39441
Telephone: (601) 453-8984
Facsimile: (601) 300-8097
ENCerra@CerraLawFirm.com