UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

H. M., a minor, by and through Her Mother
and Next Friend, Jessica Morgan                                      PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:23-cv-542-KHJ-MTP

SMITH COUNTY, MISSISSIPPI, et al                                    DEFENDANTS

### FINAL JUDGMENT OF VOLUNTARY DISMISSAL

THIS DAY THIS CAUSE came on for hearing on the motion of the Plaintiff, Hannah Morgan (s/p/a "Hannah Reagan"), pursuant to FRCP 41, to voluntarily dismiss all remaining claims in this cause against the Defendant, Lybriant Clark.

IT IS, THEREFORE, ORDERED that the Plaintiff's claims against Defendant, Lybriant Clark, are hereby DISMISSED, with all parties to bear their own costs incurred in this matter.

SO ORDERED AND ADJUDGED, this the 22nd day of July 2025.

_____
*Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Hannah Morgan, Plaintiff

_____
E. Nicholas Cerra, Attorney for Plaintiff